IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-10684-TPA |
| MARY ELIZABETH CAMERON, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

## EMPLOYEE INCOME RECORDS

Attached hereto are the Employee Income Records for Debtor Mary Elizabeth Cameron for the 60-day period pre-filing of the Petition.

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: August 2, 2019         Signature:     /s/ Mary Elizabeth Cameron
                                             MARY ELIZABETH CAMERON
                                             Debtor

Dated: August 2, 2019                        /s/ Glenn R. Bartifay
                                             GLENN R. BARTIFAY, ESQUIRE
                                             Pa. Id. No. 68763
                                             Attorney for Debtor

                                             BARTIFAY LAW OFFICES, P.C.
                                             3134 Lillian Ave., First Floor
                                             Murrysville, PA 15668
                                             (412) 824-4011
                                             gbartifay@bartifaylaw.com

# MARY ELIZABETH CAMERON — Earnings Statement

SCP DISTRIBUTORS LLC (C/O NETCHEX PAYROLL) 109 NORTH PARK BLVD, 4TH FLOOR COVINGTON, LA 70433-5055

| | | |
|---|---|---|
| (BJU) SCP DISTRIBUTORS LLC | Department: MW / FRNDT / 091 - FREEDOM PA | Federal: S / 1 / $0.00 |
| SSN: xxx-xx-9600    Pay Period: 07/08/2019 to 07/21/2019 | Paycheck Date: 07/26/2019    Paycheck Number: 0093946740 | State: S / 1 / 0 / $0.00 |
| Rate: Hourly | | |

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $791.08 |
| Overtime | $30.02 | 4.00 | | $120.07 | $1,058.15 |
| Paid Time Off | $20.01 | 16.00 | | $320.20 | $960.60 |
| Paid Time Off | | | | $0.00 | $627.84 |
| Regular | | | | $0.00 | $6,749.28 |
| Regular | $20.01 | 65.00 | | $1,300.81 | $15,149.37 |
| Gross Earnings | | 85.00 | 0.00 | $1,741.08 | $25,336.32 |

| Taxes | | Current Amount | YTD Amount |
|---|---|---|---|
| Fed Income Tax | | $144.43 | $2,087.39 |
| Fed Medicare | | $24.08 | $349.91 |
| Fed Soc Sec | | $102.95 | $1,496.13 |
| PA State | | $50.98 | $740.83 |
| PA SUTA | | $1.04 | $15.19 |
| PA, New Sewickley TWP | | $17.41 | $253.38 |

| Deductions | Current Amount | YTD Amount | Employer Amount | Employer YTD Amount |
|---|---|---|---|---|
| 401K % | $87.05 | $1,188.32 | $69.64 | $974.18 |
| Dental Pre-Tax | $6.00 | $90.00 | $7.42 | $111.30 |
| Health Savings Account | $7.69 | $115.35 | $0.00 | $500.00 |
| Long Term Disability Post-Tax | $0.00 | $0.00 | $2.78 | $38.50 |
| Medical Pre-Tax | $63.00 | $945.00 | $115.19 | $1,727.85 |
| PA, New Sewickley LST | $2.00 | $30.00 | $0.00 | $0.00 |
| UNUM Post-Tax | $6.41 | $96.15 | $0.00 | $0.00 |
| Vision Pre-Tax | $3.92 | $54.88 | $0.00 | $0.00 |
| Vol Basic Life | $0.00 | $0.00 | $2.42 | $33.46 |
| Net Earnings | $1,224.12 | $17,873.79 | $197.45 | $3,385.29 |

**Direct Deposit Distribution**

| | Current Amount | YTD Amount |
|---|---|---|
| Dep Chkg xxx086 | $1,224.12 | $17,873.79 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PAID TIME OFF | 2.5600 | 70.4000 | 48.0000 | 22.4000 |

---

SCP DISTRIBUTORS LLC    0093946740
(C/O NETCHEX PAYROLL)
109 NORTH PARK BLVD, 4TH FLOOR    Date: 07/26/2019
COVINGTON, LA 70433-5055

Stifel Bank
ST. LOUIS, MO

Department: MW / FRNDT / 091

NON NEGOTIABLE
Not a Check
Direct Deposit A...

PAY    ONE THOUSAND TWO HUNDRED TWENTY-FOUR AND 12 / 100 ********** Dollars    $1,224.12

To the order of:

MARY ELIZABETH CAMERON
350 W. NORTH ST.
MERCER, PA 16137

****** NON - NEGOTIABLE ******