## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :    Bankruptcy No. **19-10684** |
|    **Mary Elizabeth Cameron** | : |
| | :    Chapter **13** |
| | : |
| Debtor | : |
| | :    Related to Document No. |
|    **Mary Elizabeth Cameron** | : |
| | : |
| Movant | : |
| | : |
| | : |
| v. | : |
| | : |
| No Respondent | : |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Glenn R. Bartifay, Esquire 68763__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: /s/ Glenn R. Bartifay, Esquire
_____
Signature
**Glenn R. Bartifay, Esquire 68763**
_____
Typed Name
**3134 Lillian Avenue**
**First Floor**
**Murrysville, PA 15668**
_____
Address
**412-824-4011 Fax:412-202-0180**
_____
Phone No.
**68763 PA**
_____
List Bar I.D. and State of Admission

Calvary SPV I, LLC
500 Summit Lake Dr.
Suite 400
Valhalla, NY 10595

Discover/Option Card LLC
P.O. Box 71084
Charlotte, NC 28272

District Court 35-3-01
123 Market Street
Mercer, PA 16137

IRS Special Procedures Branch
1000 Liberty Avenue, Suite 727
Pittsburgh, PA 15222

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946