**FILING FEE PAID*   (Yes)   No

FILED
9/30/19 1:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Cameron** _____ TPA

Case Number: **19-10684**

Date of Meeting: **9/24/19**    Recording # **2**

Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ✓ partial payments)

Attorney for debtor(s) **Bartifay** _____ (Present ✓ or Not Present ___)

Date of Plan at § 341: **8/2/19**   Applicable commitment period ✓ 3 yrs ___ 5 yrs

2018 Returns are still outstanding

for 2018 TAX return

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

✓ Confirmation Order recommended ___ Final ✓ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
    ✓ 341 Meeting/ OR ✓ Conciliation Conf. OR ___ *Contested Hearing
    On **1/14/20** at **2:00** am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee