FILED
1/16/20 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARY ELIZABETH CAMERON            :       Case No. 19-10684 TPA
                                  :       Chapter 13
    *Debtor*                       :
                                  :       Related to Document No. 30

### ORDER

AND NOW, this **16th** day of ***January, 2020***, it appearing that the ***Order Confirming Chapter 13 Plan*** was erroneously issued on January 15, 2020 at Document No. 30,

It is **ORDERED, ADJUDGED and DECREED** that the *Order Confirming Chapter 13 Plan* is **VACATED**, and the Plan is continued and will be scheduled by separate order.

                                    Thomas P. Agresti, Judge
                                    United States Bankruptcy Court

Case Administrator to serve:
    Glenn R. Bartifay, Esq.
    Ronda J. Winnecour, Esq.

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 19-10684-TPA
Mary Elizabeth Cameron                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 1              Date Rcvd: Jan 16, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db            +Mary Elizabeth Cameron,    350 W. North St.,    Mercer, PA 16137-1019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4