Case 19-10684-TPA    Doc 36    Filed 02/06/20    Entered 02/06/20 13:02:25    Desc Main
Document    Page 1 of 1

FILED
2/6/20 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-10684-TPA |
| Mary Elizabeth Cameron | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 2/5/2020 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**MATTER:**   #19 Contested Plan dated 8/2/19

**APPEARANCES:**

　　　　Debtor:　　(Glenn R. Bartifay) Janice Russell
　　　　Trustee:　　Owen Katz

**NOTES:**

Katz:   Debtor hasn't provided proof of 2018 tax return. Need to make sure it was filed.

Russell:   I do have a copy of the 2018 return which has been mailed to the return.

**OUTCOME:**   Continued to conciliation on 3/10/10 at 10am. On or before March 5, 2020 Certification to be filed from Debtor that a signed original of the 2018 tax return was filed.

*[signature]*

jlm