IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  19-10684-TPA |
| MARY ELIZABETH CAMERON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| MARY ELIZABETH CAMERON, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| CAVALRY SPV I LLC as Assignee of ) | |
| SYNCHRONY BANK/HOME DESIGN ) | |
| ) | |
| ) | |
| Respondent/Creditor  . ) | |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO AVOID JUDGMENT LIEN

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than March 2, 2020, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on April 1, 2020, at 9:30 a.m. before Judge Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  February 14, 2020

Dated: <u>February 14, 2020</u>     Signature:  <u>/s/ Glenn R. Bartifay</u>
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue
First Floor
Murrysville, PA 15668
(412) 824-4011
gbartifay@bartifaylaw.com