IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) BANKR. NO. 19-10684-TPA |
| MARY ELIZABETH CAMERON, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |
| | ) |
| MARY ELIZABETH CAMERON, | ) |
| | ) |
| Movant/Debtor, | ) |
| | ) |
| vs. | ) |
| | ) |
| FIRST NATIONAL BANK OF PENNSYVANIA, | ) |
| | ) |
| Respondent/Creditor. | ) |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTOR TO AVOID JUDGMENT LIEN UNDER 11 USCA § 522(f)(1)(A) PURSUANT TO BANKRUPTCY PROCEDURE RULE 9014**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 14, 2020, Doc. No. 42, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Hearing Notice filed on February 26, 2020, Doc. No. 49, Responses to the Motion were to be filed and served no later than March 2, 2020.

It is hereby respectfully requested that the Proposed Order filed on February 14, 2020 Doc. No. 42-1, be entered by the Court.

Dated: March 3, 2020           /s/ Glenn R. Bartifay
                               GLENN R. BARTIFAY, ESQUIRE
                               Pa. Id. No. 68763
                               Attorney for Movant/Debtor

                               BARTIFAY LAW OFFICES, P.C.
                               3134 Lillian Avenue, First Floor
                               Murrysville, PA 15668
                               (412) 824-4011
                               gbartifay@bartifaylaw.com