FILED
3/5/20 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-10684-TPA |
| MARY ELIZABETH CAMERON, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | Rel to Doc No. 42 |
| MARY ELIZABETH CAMERON, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| FIRST NATIONAL BANK OF ) | |
| PENNSYVANIA, ) | |
| ) | |
| Respondent/Creditor. ) | |

## ORDER AVOIDING JUDGMENT LIENS UNDER 11 USCA § 522(f)(1)(A) PURSUANT TO BANKRUPTCY PROCEDURE RULE 9014

AND NOW, this __5th__ day of __March__, 2020, upon consideration of the Motion to Avoid Judgment Lien of Movant Mary Elizabeth Cameron ("Debtor"), it is hereby ORDERED that said Motion is granted, and that the judgment lien of Respondent First National Bank of Pennsylvania entered at <u>First National Bank of PA vs. Mary E. Cameron</u>, No. 2005-1432 in the Mercer County Common Pleas Court are avoided as to realty of Debtor located in East Lackawannock Township, County of Mercer, Commonwealth of Pennsylvania, being known and numbered as 350 W. North Street, Mercer, PA 16137, being TPN 65-584-097, more fully described in DBV/P 2016/11237.

BY THE COURT:

_____
THOMAS P. AGRESTI,    ljm
U.S. District Court Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mary Elizabeth Cameron  
    Debtor

Case No. 19-10684-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Mar 05, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.  
db         +Mary Elizabeth Cameron,    350 W. North St.,    Mercer, PA 16137-1019  
           +First National Bank of Pennsylvania,    Attn: Christine Lombardo, Banking Office,  
       4140 E. State Street,    Hermitage,, PA 16148-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:  
         Glenn R. Bartifay    on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com,  
         sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.com  
         James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                       TOTAL: 4