FILED
3/13/20 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Mary Elizabeth Cameron

Case Number: 19-10684-TPA    (Chapter 13)
Date / Time / Room: 03/10/2020 10:00 am / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #19 Final Confirmation of Plan dated 8/2/19 (NFC)
**341 Meeting of Creditors Adjourned to Conciliation**

**Appearances:**
Debtor: Steinberg for Bartifay
Trustee: Winnecour / ~~Katz~~ / ~~Pail~~ / DeSimone
Creditor:

*Counsel requested a continuance to address IRS claim which is apparently disputed*

**Proceedings:**

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to **5/5/20** at **2:30 pm**.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended is set for _____ at _____.
9. _ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: