FILED
5/11/20 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Mary Elizabeth Cameron

Case Number: 19-10684-TPA       (Chapter 13)
Date / Time / Room: 05/05/2020 01:30 pm /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*PLEASE SUBMIT CONFIRMATION ORDER*

**Matter:** #19 Cont. Final Confirmation of Plan dated 8/2/19 (NFC)
341 Meeting of Creditors Adjourned to Conciliation

**Appearances:**

Debtor: Bartifay
Trustee: Winnecour / Katz / DeSimone
Creditor:

**Proceedings:**

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. _ Plan/Motion continued to _____ at _____.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by
Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. ✓ Other:
341 meeting is closed

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: