Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mary Elizabeth Cameron**
Debtor(s)

Bankruptcy Case No.: 19–10684–TPA
Per May 5, 2020 Proceeding
Chapter: 13
Docket No.: 60 – 19, 37
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 2, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,676.00 as of May, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: M&T Bank (Claim No. 5) following payment changes and Internal Revenue Service (Claim No. 5–2) .

☒ H. Additional Terms: 1) The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified Plan terms: First National Bank (Claim No. 7).
2) Attorney fees are based on retainer of $87.00.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 11, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-10684-TPA
Mary Elizabeth Cameron                                                  Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: vson                   Page 1 of 2                  Date Rcvd: May 11, 2020
                              Form ID: 149                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db             +Mary Elizabeth Cameron,    350 W. North St.,    Mercer, PA 16137-1019
15083195       +Alyk Oflazian/ KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15083196       +Cap1/marcs,   Po Box 30258,    Salt Lake City, UT 84130-0258
15118785        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
15099078        District Court 35-3-01,    123 Market Street,    Mercer, PA 16137
15117718       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
15083199       +First Natl Bk Of Pa,    1 Fnb Blvd,   Hermitage, PA 16148-3363
15083201       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
15083202       +Macys/dsnb,   Po Box 8218,    Mason, OH 45040-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 03:01:49
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15083197        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 03:01:47
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
15084689        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 12 2020 02:59:05     Citizens Bank N.A.,
                 One Citizens Bank Way,    JCA115,   Johnston R.I.02919
15099076       +E-mail/Text: bankruptcy@cavps.com May 12 2020 02:59:41     Calvary SPV I, LLC,
                 500 Summit Lake Dr.,    Suite 400,   Valhalla, NY 10595-2321
15088586        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 03:01:48
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,     PO Box 71083,
                 Charlotte, NC 28272-1083
15083198       +E-mail/Text: Bankruptcy.RI@Citizensbank.com May 12 2020 02:59:05     Citizens Bank,
                 1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
15099077       +E-mail/Text: mrdiscen@discover.com May 12 2020 02:59:06     Discover/Option Card LLC,
                 P.O. Box 71084,    Charlotte, NC 28272-1084
15099079       +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 12 2020 02:59:09     IRS Special Procedures Branch,
                 1000 Liberty Avenue, Suite 727,    Pittsburgh, PA 15222-4107
15083200       +E-mail/Text: bncnotices@becket-lee.com May 12 2020 02:59:07     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
15114683        E-mail/Text: camanagement@mtb.com May 12 2020 02:59:12     M&T Bank,   PO Box 840,
                 Buffalo, NY 14240
15098056       +E-mail/PDF: cbp@onemainfinancial.com May 12 2020 03:02:07     OneMain Financial,    PO Box 3251,
                 Evansville, IN 47731-3251
15083203       +E-mail/PDF: cbp@onemainfinancial.com May 12 2020 03:02:07     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
15121576        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 03:01:31
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15092400        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 02:59:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
15083204       +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 03:01:45     Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
15083205       +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 03:01:45     Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15083206       +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 03:01:45     Syncb/oldnavydc,    Po Box 965005,
                 Orlando, FL 32896-5005
15084082       +E-mail/PDF: gecsedi@recoverycorp.com May 12 2020 03:02:08     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
15084690*      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,   JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court:   Citizens Bank N.A.,    One Citizens Bank Way,   JCA115,
                 Johnston R.I.02919)
15099080*       Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1          User: vson                 Page 2 of 2              Date Rcvd: May 11, 2020
                              Form ID: 149               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
          Glenn R. Bartifay    on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 4
```