IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | )     BANKR. NO. 19-10684-TPA |
| MARY ELIZABETH CAMERON, | ) |
| | )     CHAPTER 13 |
| | ) |
| Debtor. | ) |

CERTIFICATE OF SERVICE

      I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the 341 Meeting Notice filed on August 5, 2019, Doc. No. 20, Amended Schedule F filed on September 9, 2021, Doc. No. 70, and the Order of Court dated September 10, 2021, Doc. No. 72 were served as follows:

By electronic mail of the 341 Notice on August 5, 2019, Amended Schedule F on September 9, 2021, and the Order of Court on September 10, 2021, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail of the 341 Notice, Amended Schedule F and Order of Court on September 10, 2021, addressed as follows:

Principis Capital
111 Town Square Place
Jersey City, NJ 07310

Dated: September 10, 2021        /s/ Glenn R. Bartifay
                                              GLENN R. BARTIFAY, ESQUIRE
                                              Pa. Id. No. 68763
                                              Attorney for Debtor

                                              BARTIFAY LAW OFFICES, P.C.
                                              2009 Mackenzie Way, Suite 100
                                              Cranberry Township, PA 16066
                                              (412) 824-4011
                                              gbartifay@bartifaylaw.com