Form 300a

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mary Elizabeth Cameron** | : | Case No. 19–10684–JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 87 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/3/24 at 02:30 PM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this *The 26th of September, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 87 , by the Chapter 13 Trustee

     It is hereby *ORDERED, ADJUDGED and DECREED* that:

     (1) *On or before November 12, 2024*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on *December 3, 2024 at 02:30 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

     (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 19-10684-JCM

Mary Elizabeth Cameron                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: 300a | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Elizabeth Cameron, 350 W. North St., Mercer, PA 16137-1019 |
| 15083195 | + | Alyk Oflazian/ KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15083196 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15099078 | + | District Court 35-3-01, 123 Market Street, Mercer, PA 16137-1034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15083197 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:48 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15084689 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:00:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099076 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2024 00:01:00 | Calvary SPV I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 15088586 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:25:46 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118785 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:25:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15083198 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:00:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15083202 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:26:05 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15099077 | + | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover/Option Card LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15117718 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2024 00:00:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15083199 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2024 00:00:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15099079 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2024 00:00:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 15083200 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:00:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

District/off: 0315-1                          User: auto                                    Page 2 of 3
Date Rcvd: Sep 26, 2024                        Form ID: 300a                            Total Noticed: 28

| | | | | 53201-3115 |
|---|---|---|---|---|
| 15083201 | + | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15114683 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098056 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:04:41 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15083203 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:03:06 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15318960 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15121576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:26:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092400 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15083204 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:04:47 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15083205 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:04:26 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15083206 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:04:34 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15084082 | ^ | MEBN | Sep 26 2024 23:52:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15084690 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099080 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15409291 | ##+ | Principis Capital, 111 Town Square Place, Jersey City, NJ 07310-2768 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2024                    Signature:         /s/Gustava Winters

District/off: 0315-1                            User: auto                            Page 3 of 3
Date Rcvd: Sep 26, 2024                         Form ID: 300a                         Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brent J. Lemon | on behalf of Creditor M&T Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5