**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MARY ELIZABETH CAMERON | Case No.:19-10684 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>  Movant<br>   vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

September 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/08/2019 and confirmed on 9/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 96,751.30 |
| Less Refunds to Debtor | | 1,249.03 | |
| TOTAL AMOUNT OF PLAN FUND | | | 95,502.27 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 3,913.00 | |
|    Trustee Fee | | 4,855.11 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,768.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 57,939.53 | 0.00 | 57,939.53 |
|     Acct: 5545 | | | | |
|   M & T BANK | 10,108.70 | 10,108.70 | 0.00 | 10,108.70 |
|     Acct: 5545 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 3,263.09 | 3,263.09 | 391.60 | 3,654.69 |
|     Acct: 8902 | | | | |
| | | | | 71,702.92 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY ELIZABETH CAMERON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY ELIZABETH CAMERON | 1,249.03 | 1,249.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ** | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 12,415.92 | 12,415.92 | 0.00 | 12,415.92 |
|     Acct: 9600 | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,615.32 | 2,615.32 | 0.00 | 2,615.32 |
|     Acct: 9600 | | | | |
| | | | | 15,031.24 |
| **Unsecured** | | | | |
|   CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3237 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7937 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,184.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 5208 | | | | |
|   CITIZENS BANK NA | 5,782.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 5471 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2498 | | | | |
| | DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3176 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1432 | | | | |
| | CAPITAL ONE NA** | 696.20 | 0.00 | 0.00 | 0.00 |
| | Acct: 9997 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9452 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 7,211.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 7214 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5066 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 567.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 9637 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 2,152.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 6780 | | | | |
| | PA DEPARTMENT OF REVENUE* | 123.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 9600 | | | | |
| | INTERNAL REVENUE SERVICE* | 758.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 9600 | | | | |
| | PERITUS PORTFOLIO SERVICES* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9600 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5066 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E***

| | | | | | |
|---|---|---:|---:|---:|---:|
| TOTAL PAID TO CREDITORS | | | | | 86,734.16 |

TOTAL CLAIMED
PRIORITY       15,031.24
SECURED        13,371.79
UNSECURED      18,475.93


Date: 09/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARY ELIZABETH CAMERON

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-10684

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10684-JCM |
| Mary Elizabeth Cameron | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Elizabeth Cameron, 350 W. North St., Mercer, PA 16137-1019 |
| 15083195 | + | Alyk Oflazian/ KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15083196 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15099078 | + | District Court 35-3-01, 123 Market Street, Mercer, PA 16137-1034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15083197 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:03:56 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15084689 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:00:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099076 | + | Email/Text: bankruptcy@cavps.com | Sep 27 2024 00:01:00 | Calvary SPV I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 15088586 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2024 00:26:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118785 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2024 00:26:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15083198 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2024 00:00:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15083202 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2024 00:25:24 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15099077 | + | Email/Text: mrdiscen@discover.com | Sep 27 2024 00:00:00 | Discover/Option Card LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15117718 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2024 00:00:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15083199 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 27 2024 00:00:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15099079 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2024 00:00:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 15083200 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2024 00:00:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 15083201 | + | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15114683 | | Email/Text: camanagement@mtb.com | Sep 27 2024 00:01:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098056 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:04:35 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15083203 | + | Email/PDF: cbp@omf.com | Sep 27 2024 00:03:42 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15318960 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 27 2024 00:02:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15121576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2024 00:25:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092400 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15083204 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:26:20 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15083205 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:04:33 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15083206 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2024 00:03:04 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15084082 | ^ | MEBN | Sep 26 2024 23:52:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15084690 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099080 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15409291 | ##+ | Principis Capital, 111 Town Square Place, Jersey City, NJ 07310-2768 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor M&T Bank blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5