| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mary Elizabeth Cameron<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9600<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–10684–JCM | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mary Elizabeth Cameron

11/18/24                                                            **By the court:** John C Melaragno
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10684-JCM |
| Mary Elizabeth Cameron | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 18, 2024 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Elizabeth Cameron, 350 W. North St., Mercer, PA 16137-1019 |
| 15083195 | + | Alyk Oflazian/ KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15083196 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15099078 | + | District Court 35-3-01, 123 Market Street, Mercer, PA 16137-1034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 19 2024 04:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2024 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Nov 19 2024 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15083197 | | EDI: CAPITALONE.COM | Nov 19 2024 04:48:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15084689 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2024 23:56:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099076 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2024 23:57:00 | Calvary SPV I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 15088586 | | EDI: CAPITALONE.COM | Nov 19 2024 04:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118785 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2024 00:18:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15083198 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2024 23:56:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15083202 | | EDI: CITICORP | Nov 19 2024 04:48:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15099077 | + | EDI: DISCOVER | Nov 19 2024 04:48:00 | Discover/Option Card LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15117718 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2024 23:56:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15083199 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 18 2024 23:56:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15099079 | + | EDI: IRS.COM | Nov 19 2024 04:48:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 15083200 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2024 23:56:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15083201 | + | Email/Text: camanagement@mtb.com | Nov 18 2024 23:57:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15114683 | | Email/Text: camanagement@mtb.com | Nov 18 2024 23:57:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098056 | + | EDI: AGFINANCE.COM | Nov 19 2024 04:48:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15083203 | + | EDI: AGFINANCE.COM | Nov 19 2024 04:48:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15318960 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 18 2024 23:57:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15121576 | | EDI: PRA.COM | Nov 19 2024 04:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092400 | | EDI: PENNDEPTREV | Nov 19 2024 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15092400 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15083204 | + | EDI: SYNC | Nov 19 2024 04:48:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15083205 | + | EDI: SYNC | Nov 19 2024 04:48:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15083206 | + | EDI: SYNC | Nov 19 2024 04:48:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15084082 | ^ | MEBN | Nov 18 2024 23:56:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15084690 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099080 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15409291 | ##+ | Principis Capital, 111 Town Square Place, Jersey City, NJ 07310-2768 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 19-10684-JCM    Doc 97    Filed 11/20/24    Entered 11/21/24 00:35:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2024 | Form ID: 3180W | Total Noticed: 29 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024               Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor M&T Bank blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5