# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    MARY ELIZABETH CAMERON

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-10684

Chapter 13

Document No.: 87

## ORDER OF COURT

AND NOW, this ___18th___ day of ___November___, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
11/18/24 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-10684-JCM

Mary Elizabeth Cameron     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3

Date Rcvd: Nov 18, 2024     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Elizabeth Cameron, 350 W. North St., Mercer, PA 16137-1019 |
| 15083195 | + | Alyk Oflazian/ KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15083196 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 15099078 | + | District Court 35-3-01, 123 Market Street, Mercer, PA 16137-1034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2024 00:00:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15083197 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 00:19:03 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15084689 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2024 23:56:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099076 | + | Email/Text: bankruptcy@cavps.com | Nov 18 2024 23:57:00 | Calvary SPV I, LLC, 500 Summit Lake Dr., Suite 400, Valhalla, NY 10595-2321 |
| 15088586 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 00:18:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15118785 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2024 00:18:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15083198 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2024 23:56:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15083202 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 00:18:46 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15099077 | + | Email/Text: mrdiscen@discover.com | Nov 18 2024 23:56:00 | Discover/Option Card LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15117718 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 18 2024 23:56:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15083199 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 18 2024 23:56:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 15099079 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2024 23:57:00 | IRS Special Procedures Branch, 1000 Liberty Avenue, Suite 727, Pittsburgh, PA 15222-4107 |
| 15083200 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 18 2024 23:56:00 | Kohls/capone, Po Box 3115, Milwaukee, WI |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 15083201 | + | Email/Text: camanagement@mtb.com | Nov 18 2024 23:57:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 15114683 | | Email/Text: camanagement@mtb.com | Nov 18 2024 23:57:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 15098056 | + | Email/PDF: cbp@omf.com | Nov 19 2024 00:19:11 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15083203 | + | Email/PDF: cbp@omf.com | Nov 19 2024 00:18:46 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15318960 | | Email/Text: peritus@ebn.phinsolutions.com | Nov 18 2024 23:57:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15121576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2024 00:19:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15092400 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15083204 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 00:00:16 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15083205 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 00:18:42 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15083206 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 00:00:24 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15084082 | ^ | MEBN | Nov 18 2024 23:56:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | * | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 15084690 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 15099080 | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15409291 | ##+ | Principis Capital, 111 Town Square Place, Jersey City, NJ 07310-2768 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024    Signature:    /s/Gustava Winters

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Nov 18, 2024 | Form ID: pdf900 | Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor M&T Bank blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor M&T Bank dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Mary Elizabeth Cameron gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5